IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:14-cr-00198 |
| v. ) | Senior Judge Haynes |
| ) | |
| PATRICK MONTEZE CANTRELL ) | |

**ORDER**

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this action. Accordingly, I hereby return this case to the Clerk of Court for transfer and reassignment to another judge. "[A]ny period of delay resulting from the transfer of a case is excludable" under the Speedy Trial Act. United States v. Barnwell, 617 F. Supp.2d 538, 548 (E.D. Mich. 2008); 18 U.S.C. § 3161(h)(1)(E).

Further, the Court finds that under the Speedy Trial Act it is in the interests of justice to exclude any time or delay due to this transfer to allow the transferee judge time to decide any pretrial motions or any other issues arising out of the transfer. 18 U.S.C. § 3161(h)(7)(A)(B)(i).

In light of the transfer of this action, all proceedings are **CONTINUED** to be reset by the transferee judge.

It is so **ORDERED**.

ENTERED this the 3rd day of August, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge